# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARLA LITCH, an individual,<br><br>                Plaintiff,<br><br>v.<br><br>NITE LIFE EAST, LLC, a Nevada Limited Liability Company doing business as Little Darlings; JASON C-H MOHNEY, an individual; DEANNA LAPOINT, an individual; DOE MANAGERS 1-3; and DOES 4-10, inclusive,<br><br>                Defendants. | Case No.: 21-cv-01601-H-BGS<br><br>**ORDER RE: LODGMENT OF PROPOSED JUDGMENT** |

      On September 13, 2021, Plaintiff Karla Litch filed a complaint against Defendants Nite Life East, LLC, Jason C-H Mohney, and Deanna LaPoint. (Doc. No. 1.) On September 13, 2021, Plaintiff also filed a notice of lodgment of a proposed judgment. (Doc. No. 4.) If Plaintiff is requesting that the Court enter the proposed judgment attached to her September 13, 2021 notice of lodgment, then Plaintiff must file an appropriate motion with the Court requesting this action by the Court and stating with particularity the

grounds for seeking the proposed judgment. <u>See</u> Fed. R. Civ. P. 7(b)(1); S.D. Cal. Civ. L.R. 7.1, 7.2.

**IT IS SO ORDERED.**

DATED: November 29, 2021

*[signature]*
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT